Case 2:20-cr-00516-FMO Document 11 Filed 10/23/20 Page 1 of 2 Page ID #:40

FILED
CLERK, U.S. DISTRICT COURT
10/23/20
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>NATHAN WILSON,<br>  aka "yup_i_eat_crayons," and<br>CHRISTOPHER BEASLEY,<br><br>       Defendants. | CR 2:20-cr-00516-FMO<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 844(f)(1), (2):<br>Malicious Damage to Property Owned by an Institution or Organization Receiving Federal Financial Assistance] |

The Grand Jury charges:

[18 U.S.C. §§ 844(f)(1), (2), 2(a)]

1.  At times relevant to this Indictment, the City of Santa Monica was an institution and organization receiving federal financial assistance.  The Santa Monica Police Department was a department of the City of Santa Monica.

2.  On or about May 31, 2020, a Santa Monica Police Department vehicle, owned by the City of Santa Monica, was parked in a parking space adjacent to the Santa Monica Civic Center, in Los Angeles County, within the Central District of California.

3.   At that date and place, numerous people, known and unknown to the Grand Jury, including defendants NATHAN WILSON, also known as "yup_i_eat_crayons," and CHRISTOPHER BEASLEY, surrounded the vehicle, and engaged in and encouraged each other to light the Santa Monica Police Department vehicle on fire.

4.   On or about May 31, 2020, in Los Angeles County, within the Central District of California, defendants WILSON and BEASLEY, and others known and unknown to the Grand Jury, maliciously damaged and destroyed, and aided and abetted the malicious damage and destruction, by means of fire, of a vehicle, in whole and in part owned and possessed by the City of Santa Monica, an institution and organization receiving federal financial assistance, and in doing so, created a substantial risk of injury to at least one person.

A TRUE BILL

_____/S/_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

SARA B. MILSTEIN
Assistant United States Attorney
Violent and Organized Crime
Section