

FILED
CLERK, U.S. DISTRICT COURT
DEC 18 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br>v. | CR 20-516-FMO |
| CHRISTOPHER BEASLEY<br><br>Defendant(s). | **ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☒ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a

Writ of Habeas Corpus  ☒ Ad Prosequendum  ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: __CHRISTOPHER BEASLEY__

Alias: _____

on __JANUARY 26, 2021__ at __1:00 P.M.__ before Judge/Magistrate Judge __DUTY MAGISTRATE__
*(Date of Appearance)*        *(Time)*

Dated: __12-18-2020__

__Rozella A. O____
U.S. District Judge/U.S. Magistrate Judge

1148