FILED
CLERK, U.S. DISTRICT COURT
March 31, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IM___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BEASLEY,<br><br>Defendant. | Case No. 2:20-CR-00516-FMO<br><br>**ORDER OF DETENTION** |

On March 22, 2021, Defendant Christopher Beasley made his initial appearance on the Indictment filed in this matter. Mark Kassabian of the Indigent Defense Panel was appointed to represent Defendant.

Defendant submitted on the detention recommendation in the Pretrial Services Report.

☒ On motion by the Government [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the

defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

    ☒ the appearance of the defendant as required.
    ☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered the Indictment and the Report and Recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

    ☒    History of probation and parole violations;
    ☒    Extensive criminal record;
    ☒    Current incarceration;
    ☒    Substance abuse history and mental health concerns;

|   |   |   |
|---|---|---|
| ☒ | | No ties to the Central District of California and no viable bail resources; |
| ☒ | | The alleged offense. |

As to danger to the community:

- ☒ Extensive criminal history;
- ☒ History of violence;
- ☒ Previous gang ties;
- ☒ Current incarceration;
- ☒ Extensive substance abuse history;
- ☒ The alleged offense.

It is therefore ORDERED that Defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: March 31, 2021

                               PATRICIA DONAHUE
                               _____
                               PATRICIA DONAHUE
                               UNITED STATES MAGISTRATE JUDGE