Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 20-00516-FMO-2 |
| v. | |
| CHRISTOPHER BEASLEY | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge  Fernando M. Olguin

☐ Magistrate Judge

on  October 7, 2021   at  2:30   ☑ a.m.  ☐ p.m.

in courtroom  6D, First Street Courthouse (IN PERSON).

☐ is not approved.

☐ Other:

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| October 1, 2021 | Gabriela Garcia | 213-894-3888 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☑ Probation  ☐ Interpreter's Office  ☑ PSA.